UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WENDY PESANTE, ET AL.,

Plaintiffs,

- against –

LESLIE HERBERT WEXNER, ET AL.,

Defendants.

26-cv-8423 (JGK)

**Order**

**John G. Koeltl, District Judge:**

The parties are directed to appear by telephone for a conference in connection with the defendants' anticipated motion to dismiss and the plaintiffs' anticipated motion to remand on **Monday, October 5, 2026, at 3:00 p.m.**

Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated: New York, New York
October 1, 2026

John G. Koeltl
United States District Judge