UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WENDY PESANTE, ET AL.,

Plaintiffs,

- against -

LESLIE HERBERT WEXNER, ET AL.,

Defendants.

26-cv-8423 (JGK)

Order

John G. Koeltl, District Judge:

As discussed during the telephone conference held earlier today, the parties shall submit a proposed briefing schedule for the plaintiffs' motion to remand and the defendants' motion to dismiss by **Friday, October 9, 2026.**

SO ORDERED.

Dated: New York, New York
October 5, 2026

John G. Koeltl
United States District Judge